RECEIVED
IN MONROE, LA
JUN 18 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 07-CR-30016 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| PAUL WESLEY BROWN | * | MAGISTRATE JUDGE HAYES |

### ORDER

BEFORE THE COURT is the Waiver of Right to Speedy Trial filed by Defendant, Paul Wesley Brown. Considering the above and foregoing:

IT IS ORDERED that the Waiver of Right to Speedy Trial be accepted and made a part of the record of this case and that the case may commence and be tried outside of and beyond the limits described in the Speedy Trial Act, 18 U.S.C. § 3161, et seq.

Monroe, Louisiana, this 18 day of June, 2007.

Karen L. Hayes
United States Magistrate Judge